■ U.S. Bank National Association, as Trustee for CSMC ARMT 2006-3, 3476 Stateview Boulevard Ft. Mill, SC 29715,

Respondent, v SHELLEY R. EADDY, Appellant, et al., Defendants. [996 NYS2d 546]—

In an action to foreclose a mortgage, the defendant Shelley R. Eaddy appeals from an order of the Supreme Court, Rockland County (Alfieri, Jr., J.), dated October 9, 2012, which denied her motion, in effect, for leave to reargue her prior motion pursuant to CPLR 5015 (a) to vacate a judgment of foreclosure and sale of the same court (Berliner, J.), dated September 9, 2009, entered upon her failure to appear or answer the complaint, which had been denied in an order of the same court (Alfieri, Jr., J.), dated July 5, 2011.

Ordered that the appeal is dismissed, without costs or disbursements.

The motion of the defendant Shelley R. Eaddy was, in effect, one for leave to reargue. Since "no appeal lies from an order denying leave to reargue" (*O'Brien v O'Brien*, 115 AD3d 720, 721-722 [2014]), Eaddy's appeal must be dismissed (*see JP Morgan Chase Bank, N.A. v Smith Elec. Contr., Inc.*, 117 AD3d 909 [2014]; *Matter of County of Broome*, 90 AD3d 1260 [2011]). Mastro, J.P., Skelos, Roman and Maltese, JJ., concur.